UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT

07/12/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TJ _____ DEPUTY

RENZIE WILSON PRICE

**Plaintiff**,

Vs.                                                    Case No. 2:22-CV-04568-JAK-PD

NETFLIX INC., et al.;                                  Jury Trial:  YES

DENNIS LIU; JASON PIPERBERG;

MICHAEL B. JORDAN; CHARLES D. KING;

CAROL BARBEE; KIM ROTH; POPPY HANKS;

KENNY GOODMAN; OUTLIER SOCIETY LLC.;

MACRO MEDIA LLC.

**Defendants**,

## <u>AMENDED  COMPLAINT  FOR A CIVIL CASE</u>

### I.    The Parties to This Complaint

### A.    Pro Se Plaintiff

Renzie Wilson Price

106 8th Street, Unit A

Madison, Alabama 35756

256 975-4022

Mastereducatorofcosmetology@gmail.com

B.    **Defendants**

    1.    <u>Netflix Inc.</u>

        <u>Media Services</u>

        <u>100 Winchester Circle</u>

        <u>Los Gatos, Santa Clara County</u>

        <u>California 95032</u>

    2.    <u>Dennis Liu</u>

        <u>Raising Dion Comic Creator/Executive Film Producer/Director</u>

        <u>120 W. Wilson Avenue, Unit 1627</u>

        <u>Glendale, Los Angeles County</u>

        <u>California 91203</u>

    3.    <u>Jason Piperberg</u>

        <u>Raising Dion Comic Illustrator/Professional Illustrator</u>

        <u>603 S. 9th Street, Apt. 2</u>

        <u>Philadelphia, Philadelphia County</u>

        <u>Pennsylvania 19147</u>

    4.    <u>Michael B. Jordan</u>

        <u>Raising Dion Executive Producer/Actor</u>

        <u>9601 Wilshire Blvd. 3rd Floor</u>

        <u>Beverly Hills, Los Angeles County</u>

        <u>California 90210-5213</u>

5.      <u>Carol Barbee</u>

<u>Netflix Content Creator/Raising Dion Executive Producer/Screenplay Writer</u>

<u>2101 6th Street</u>

<u>Santa Monica, Los Angeles County</u>

<u>California 90405</u>

6.      <u>Charles D. King</u>

<u>Chief Executive Officer/Raising Dion Executive Producer</u>

<u>MACRO Media, LLC.</u>

<u>6255 W. Sunset Blvd. Ste. 1060</u>

<u>Los Angeles, Los Angeles County</u>

<u>California 90028</u>

7.      <u>Kim Roth</u>

<u>President of Production, Raising Dion Executive Producer</u>

<u>MACRO Media, LLC.</u>

<u>6255 W. Sunset Blvd. Ste. 1060</u>

<u>Los Angeles, Los Angeles County</u>

<u>California 90028</u>

8.      <u>Poppy Hanks</u>

<u>Senior Vice President/Film Prod./Raising Dion Executive Producer</u>

<u>MACRO Media, LLC.</u>

<u>6255 W. Sunset Blvd. Ste. 1060</u>

<u>Los Angeles, Los Angeles County</u>

<u>California 90028</u>

9.     Kenny Goodman

       Talent Management Agency/Raising Dion Executive Producer

       119 N. Sycamore Ave.

       Los Angeles, Los Angeles County

       California 90036

10.    Outlier Society, LLC

       Film Production Company

       1661 Lincoln Blvd. 4th Floor

       Santa Monica, Los Angeles County

       California 90404

11.    MACRO Media, LLC.

       Film Production Company

       6255 W. Sunset Blvd. Ste. 1060

       Los Angeles, Los Angeles County

       California 90028

## II.     Basis For Jurisdiction is Diversity of Citizenship

1.      The Pro Se Plaintiff

The plaintiff, Renzie Wilson Price, is a citizen of the State of Alabama.

2.      The Defendants

a.  The defendant, Dennis Liu, is a citizen of the State of California.

b.  The defendant, Jason Piperberg, is a citizen of the State of Pennsylvania.

c.  The defendant, Michael B. Jordan, is a citizen of the State of Georgia.

d.  The defendant, Charles D. King, is a citizen of the State of California.

e.  The defendant, Carol Barbee, is a citizen of the State of California.

f.  The defendant, Kim Roth, is a citizen of the State of California.

g.  The defendant, Poppy Hanks, is a citizen of the State of California.

h.  The defendant, Kenny Goodman, is a citizen of the State of California.

Corporations

a.  The defendant, **Netflix Inc**., is incorporated under the laws of the State of California and has its principal place of business in the State of California.

b.  The defendant, **Outlier Society LLC**., is incorporated under the laws of the State of California and has its principal place of business in the State of California.

c.  The defendant, **MACRO Media LLC**., is incorporated under the laws of the State of California and has its principal place of business in the State of California.

3.    The Amount in Controversy

The defendants owe me the sum of $1,000,000,000 as a result of their financial profits earned from their unlawful and willful, copyright infringement upon my registered, original, literary work, December's Eve – The Novel by Renzie due to the fact that I was not contacted for approval of their copying and borrowing from my book and using the materials taken to create the Raising Dion Comic Book, the Raising Dion Short Film, and the Raising Dion Netflix Television Series, Seasons I and II.

## III.    Statements of The Facts

I wrote and published a fantasy-fiction novel titled December's Eve – The Novel by Renzie in July 2010. The novel has 224 pages with images. The novel is a very creative and original, fantasy fiction work about a young, black boy who possesses superhuman abilities in the form of Pyrokinesis who is being raised by a single, black woman. As the story unfolds, the gifted child finds that he was kidnapped at birth and that he is actually one of a set of gifted triplet boys who all have special abilities of Pyrokinesis, Telepathy, Telekinesis, Healing, and Levitation, collectively.

I registered my novel, December's Eve – The Novel, on February 9, 2022 with the U.S. Copyrights Office in Washington, D.C. The Registration Number is **TX 9-079-459**. On Wednesday, October 13, 2021, while watching the Netflix Original Series, Raising Dion, I discovered that a substantial amount of my novel had been borrowed to create the series without my knowledge and without my consent. Dennis Liu is an Asian/Canadian, Comic Book Publisher, Film Director, and Executive Film Producer who found my novel online and borrowed portions of the book without my permission, and created a comic book called Raising Dion. after the fact, Mr. Liu, produced a short film with the same title and sold his license to investors who created a 9-hour, Netflix Television Series called Raising Dion. Dennis Liu committed copyright infringement of my novel, December's Eve – The Novel by Renzie. My novel, December's Eve – The Novel, has been available on many online book retailers, such as, Amazon.com (in Kindle and Paperback Formats), IUniverse.com, Books.google.com, Google Play Books, Kobo.com, BarnesAndNoble.com, Goodreads.com, Thriftbooks.com, Scribd.com, Bookshop.org,      M.alibris.com, Ebay.com,      Fruugo.us,      Play.google.com, Pastforward.org,  Biblio.com,  Waterstones.com,  Booktopia.com.au,  Ebay.com.uk,  Tales.as, Fishpond.com.fj,- Dymocks.com.au,      Chapters.indigo.ca,    Blackwells.co.uk, Mightyape.com.au,   Flipkart.com,   Wob.com,   Takealot.com  (South  Africa  website), Fruugoschweiz.com (Switzerland website), Lafeltrinelli.it (Italian website), Fnac.com (France

website), Bol.com (Netherlands website), and more. The novel is readily and easily available and, on a few websites, I allow for free reading of Chapter 1. Books.rakuten.co.jp (a Japanese bookseller also carries my novel. Marie Iida, wife of Defendant, Dennis Liu, who joined her husband in an NBC News interview whereas the two discussed their works, Ling, and Raising Dion, translated books for American publishing companies and various Japanese publications. Soon after the publication of December's Eve – The Novel by Renzie, I had 2 news interviews whereas I introduced my novel to the public. In late July 2010, I was granted the news interviews by Huntsville, Alabama's Local ABC and CBS News affiliated stations – WHNT TV, and WAAY TV.

I also allowed a free eBook reading of Chapter 1 at a website called CreateSpace.com immediately after publication in July 2010. My novel, December's Eve – The Novel by Renzie, was published in July 2010 by IUniverse.com which has companies in Bloomington, Indiana, and New York.

1. Netflix Inc., upon contracting business with the other defendants, transmitted the copyright infringed material, globally, without contacting me, first and foremost, about licensing of my book and making it a 9-hour television series. In doing so, Netflix Inc., violated my protected rights to reproduce, adapt, market, and sale my registered novel. The infringed material, Raising Dion Netflix Television Series, aired on October 14, 2019.

2. Dennis Liu, an Asian/American Filmmaker, is the initial infringer, in that, he is the original person who discovered my novel online somewhere between July 2010 and July 2015, and welcomed himself to the protected contents in my book, and used the portions that he wanted to create the Raising Dion Comic Book which was followed by the Raising Dion Short Film, and the Raising Dion Netflix Television Series, only to violate my protected rights to reproduce, adapt, market, and sale my registered novel. Dennis Liu sold his infringed Raising Dion Comic Book to 6 other defendants without first and foremost obtaining my expressed, written, and verbal consent which violated my protected rights as a published author. In an NBC News interview, on October 7, 2019, Dennis Liu, and his wife, Marie Iida, Dennis Liu admitted, "We're not asking for access anymore. We're just doing it. And we're deploying tools and capital in our arsenal to tell these stories without asking for the permission we historically had to do." Here is the link to the interview: https://www.nbcnews.com/news/asian-america/dennis-liu-marie-iida-work-break-model-minority-myth-comic-n1063351.

3. Jason Piperberg is a Professional Comic Illustrator who assisted Dennis Liu in the artistic production of the Raising Dion Comic Book, prior to its release in 2015. Jason borrowed my original expressions from my book, such as, descriptions of Ignis, the main character in my novel, who happens to be a 6-year-old, black boy who has the gifts of Pyrokiillustrations in the Raising Dion Comic Book. Jason Piperberg copied the front cover image of my character named Eve; my description of the black character named Ignis who's eyes turn from brown to a golden eye color – compliments of his special abilities; my descriptions of the living room in my novel; and, my descriptions of Ignis and his love of homemade cookies. Jason used my images and descriptions and created

Raising Dion characters, Nicole, and Dion. Jason Piperberg financially profited from the infringed materials he gathered from my book.

4. Michael B. Jordan, a Professional Actor and Raising Dion Executive Producer, entered a contract with Dennis Liu whereas he purchased the infringed materials' licensing, and invested in the work with Dennis Liu, and 8 other named defendants in 2017 which gave rise to the issue of the copyright infringement of my novel, December's Eve, thus, violating my exclusive, protected rights as a published and registered, literary artist.

5. Carol Barbee, a Netflix Content Creator/Raising Dion Netflix Television Executive Producer/Netflix Screenplay Writer/Adapter, who used her seasoned talents and expertise to adapt the copyright protected materials which were illegally borrowed from my novel, December's Eve, into a screenplay for Netflix Inc in 2017. She developed Season 1 of the Raising Dion Netflix Television Series which involved the writing of 9, one-hour-long episodes. Carol Barbee also created a Raising Dion Netflix Television Series, **Season 2** character named "**Janelle**." This is really a good intrinsic value which points to my allegations because *my twin sister's name is **Jenelle** also, and also, surprisingly enough, my sister's baby son's name is "**D'onne**" just as the infringed material's title character (Raising Dion) is.* During the time of the infringement, my twin sister (in reality), Jenelle, was actually busy raising Dion. Carol Barbee financially profited from the copyright infringement of my novel, December's Eve, without, first, obtaining my expressed, written, and verbal consent which violated my exclusive, protected rights as a published and registered, literary artist.

6. Charles D. King, is the Chief Executive Officer of MACRO Media, LLC, and he is also an Executive Producer of the Raising Dion Netflix Television Series who also inked a Production Deal with the other defendants which brought the infringed materials to life. He and his film production company, MACRO Media LLC, financially profited from the copyright infringement of my novel, December's Eve, without first and foremost obtaining my expressed, written, and verbal consent which violated my exclusive, protected rights as a published and registered, literary artist.

7. Kim Roth is an employee (President of Production) of MACRO Media, LLC., and she is also an Executive Producer of the Raising Dion Netflix Television Series. She produced the Raising Dion Netflix Television Series and financially profited from her part in the copyright infringement of December's Eve – The Novel by Renzie without first, and foremost, obtaining my expressed, written, and verbal consent which violated my exclusive, protected rights as a published and registered, literary artist. She is an investor in the television series.

8. Poppy Hanks is the Senior Vice President of Film and Production Development at MACRO Media, LLC. She is also listed as the Raising Dion Netflix Television Series' Executive Producer. She participated in the infringement of my novel, December's Eve, under the role as investor which violated my exclusive, protected rights as a published and registered, literary artist.

9. Poppy Hanks is the Senior Vice President of Film and Production Development at MACRO Media, LLC. She is also listed as the Raising Dion Netflix Television Series' Executive Producer. She participated in the infringement of my novel, December's Eve, under the role as investor which violated my exclusive, protected rights as a published and registered, literary artist.

10. Kenny Goodman is a Talent Management Agent and the Raising Dion Netflix Television Series Executive Producer who invested in, and financially profited, from the infringement of my novel, December's Eve by Renzie, which violated my exclusive, protected rights as a published and registered, literary artist.

11. Outlier Society LLC is a film production company which is owned by defendant, Michael B. Jordan. Outlier Society LLC, via Michael B. Jordan, inked a deal in 2017 with Dennis Liu, and the other defendants, to produce the Raising Dion Netflix Television Series which violated my exclusive rights to reproduce, adapt, market, and sale my registered work, December's Eve – The Novel, without first obtaining my expressed, written, and verbal consent.

12. MACRO Media LLC is a film production company that inked a deal with the other named defendants to produce the Raising Dion Netflix Television Series which violated my protected rights to reproduce, adapt, market, and sale my registered work because of their role in the copyright infringement of my novel, December's Eve by Renzie.

## IV. Relief

Pro Se Plaintiff, Renzie Wilson Price, is asking the U.S. District Court to order the defendants to pay me the sum of $1,000,000,000 in profits made via 2 Seasons of the Raising Dion Netflix Television Series Franchise due to the Copyright Infringement of his registered novel, December's Eve – The Novel by Renzie. In addition (to be included in the above-mentioned amount, plaintiff also seeks compensation from named defendants for damages suffered by him due to the unlawful, copyright infringement of his original work, December's Eve - The Novel by Renzie. Plaintiff, Renzie Wilson Price, was totally shocked upon initially discovering the unlawful, copyright infringement of his novel, and has since suffered public embarrassment and humiliation from friends, family, and others in the community, all of whom are fully aware of the fact that Renzie Wilson Price is the first author to publish a fantasy fiction book which introduced very young, African-American children who possess superhuman abilities. Plaintiff's creative process has been altered upon discovering the initial, copyright infringement of his first, and only, published and registered, book. Plaintiff has suffered anxiety, sleepless nights, and recurring nightmares. Plaintiff's already-fragile, mental state has been compromised and exacerbated upon discovery of said infringement.

1. In Season 2 of the Raising Dion Netflix Television Series which was released in February 2022, the copyright infringement continued. Intrinsic Evidence clearly shows that Dennis Liu had accessed my novel and my personal/family information online. There is a new character named "**Janelle** Carr" who is played by a black female actor named Aubriana Davis. My twin sister's name is **Jennelle**. This is not a coincidence. In addition to naming the character after my sister, Jennelle, Dennis Liu (during his initial copyright infringement of my novel) named his comic book and short film, Raising Dion. My twin sister's son is named Dion, only it (the name) is spelled "**D'onne**." This cannot be a coincidence that Dennis Liu researched my name online and just happened to name his work after my nephew, D'onne. My twin sister was actually "raising D'onne" who in real life happens to be her baby son. My sister's name, Jennelle Jones, is listed on my novel's copyright registration under the section entitled Rights and Permissions. Dennis Liu committed copyright infringement of my protected, literary work, December's Eve – The Novel by Renzie (aka Renzie Wilson Price). The Raising Dion Netflix Television Series was abruptly cancelled in April 2022; although USA Today had ranked the show as #2 of Netflix Television Shows during that time. Plaintiff, Renzie Wilson Price (me), speculate the show's sudden cancelation was due to the fact that the copyright infringement had continued from Season 1 of the Raising Dion Netflix Television Series and into Season 2. I, plaintiff, Renzie Wilson Price, noticed the similarity of the names issue prior to the show's cancelation. I was totally flabbergasted at this revelation.

2. In my novel, I named the triplets' cousin who helped deliver them, "Cat" (p.6). In similarity to my book, in the Raising Dion Netflix Television Series Season 1, the title character, Dion's **aunt** is also named "*Kat*," only Dennis Liu spelled the name with a "K" instead of a "C" as I did in my book.

3. In my novel, December's Eve – The Novel by Renzie (p. 9), I specifically wrote about the boys' oldest brother named "John" holding "a used, comic book in his hand." – Dennis Liu created a **comic book** called Raising Dion in 2015.

4. In my novel, I specifically wrote, "The others had only one parent – which struggled to make ends meet – usually the mother" (p.4). – Dennis Liu created his comic book and short film on the premise of a single mother who struggled to make ends meet. In my novel, I also wrote, "the father had either run off with another woman, been jailed for stealing, chased out of the mountains by the Klan, or found floating in the lake at the bottom of the mountain" (the latter signifying he was possibly dead). – Dennis Liu also built his comic book and short film on the premise that the father was dead.

5. In my novel, Ms. Evelynn, the lady who is raising Ignis, has a private, birthday party for him and showers him with many gifts (pg. 29 – 30). – Dennis Liu's character, Nicole, Dion's mother, also throws him a birthday party and showers him with gifts.

6. In my novel, I wrote about the gifted character, Ignis, walking on a pathway along the lake (pg. 30 – 31). In similarity to my book, in the Raising Dion Netflix Television Series Season 1, the title character, Dion, is seen walking on a pathway to the lake.

7. The setting for my novel, is rural Alabama in a fictional town called "Double Lakes." In similarity to my book, in the Raising Dion Netflix Television Series, the scene takes the viewers from Atlanta, GA to a rural, Alabama county called Clarke County.

8. In my novel, I describe and render a drawing of Ms. Evelynn's Lake House as a block-style house with upstairs, a porch, and a set of steps and 2 front windows upstairs and 2 front windows downstairs (p. 11). In similarity to my book, in the Raising Dion Netflix Television Series, there is a scene where Nicole and the title character, Dion, visit his deceased father's lake house which is strikingly similar to the title character, Ms. Evelynn's (aka Eve) house in my book. However, the illustration of the lake house in the comic book, Raising Dion, is different from the house in my novel.

9. In my novel, Ms. Evelynn spoke to Judge Duncan about her "beautiful, lakefront property" which is surrounded by trees in the woods (p. 189). – In Dennis Liu's comic book illustrations by Jason Piperberg, there is a cabin in the woods with a lake and a lake house that Liu's characters, Nicole and Dion, visit.

10. In my book, December's Eve - The Novel, I wrote, "Sometimes, when she (Ms. Evelynn/Eve) was feeding him (the gifted child, Ignis) (as an infant), she noticed that the blue spark in his natural, brown eyes would turn more of a golden color" (p. 26, paragraph 2). In similarity to my book, in the Raising Dion Comic Book, Professional Illustrator (Jason Piperberg), also illustrated Dion as having golden eyes just like I described the character, Ignis, in my novel.

11. In my novel, I wrote about huge vines that covered things and devour people (pg. 119 and 126 – 127). In similarity to my book, in the Raising Dion Netflix Television Series, (Season 1 Episode 7: Why So Vomity?), the film production crew imitated huge tree veins covering the area on an Alabama farm where earlier on the show, another superhuman man was killed by the Crooked Man Monster. Also, the farmer in the Raising Dion Netflix Television Series (Season 1) was also created with the similar gift of the title character, Eve, from my book – the super human gift of controlling the vines of the earth.

12. In my novel, December's Eve – The Novel by Renzie, I wrote, "During the winter months, it was cheaper to burn wood, than electric heat" (p. 2). In similarity to my book, in the comic book, Raising Dion by Dennis Liu and Jason Piperberg, Defendant, Jason Piperberg, illustrated a wood-burning heater in the living room. He also illustrated a small tv in the living room just like I had described in my novel (p. 92). Jason Piperberg illustrated and published images of an old tv set and an old wood-burning heater in the living room in the cabin in the woods just like I described in my novel.

13. Jason Piperberg also ripped the image of my book's title character, Eve, from the front cover of my book and used it in their Raising Dion Comic Book as being their character, Nicole. The image is strikingly similar to my character, Eve, in appearance.

14. In my novel, I described the Antagonist (Eve) monster's arms as "long, spiney veins that reached out and grabbed Mr. Duncan" (pg. 189 – 190). In similarity to my book, in the Netflix Series, Raising Dion, The Crooked Man Monster also has long, spiney veins that reach out and grab the souls of people, only he is made of lightning. Also, in the Netflix Series, Raising Dion, the title character, Dion, tells his disabled friend, Esperanza, that he saw something in the storm the night before – "a man in the storm, made of lightning with long arms." Also, I discovered that the Crooked Man character that Netflix used as the murderous antagonist in their Raising Dion Netflix Television Series which was written by Screen Writer, Carol Barbee, was actually borrowed from a movie called The Crooked Man, which is presently being aired on a different media network named TubiTV. In the Crooked Man movie, the Crooked Man character has "long arms."

15. In my novel, I wrote, "*No one is to ever know about this – especially the government….
They would take us and treat us like freaks*" (p.151). In similarity to my novel, in the
Raising Dion Netflix Television, the BIONA agents, who are dressed like government,
special ops, rush in and kidnap the title character named Dion. On another note: In my
novel, Ignis (the super human character) was also **kidnapped** at birth by Ms. Evelynn when
he was a new-born baby (pg. 18 -19 and pg. 114 -116).

16. In my novel, I wrote, "*Frightened by the great flashes of lightning and the dreadful clashes
of thunder, Mr. Adam was baffled and almost out of breath*" (p. 13). – Dennis Liu created
his antagonist, The Crooked Man Monster, by using my descriptions from the storm in my
book. As a matter of fact, I wrote of lightning storms several times. The preface to my
novel begins with a storm, whereas I did write, "*Dire grimness was only half of the aged
recipe…a great splash of ice-cold rain, a dash of formidable thunder, and a flash of
<u>lightning</u> – the perfect seasonings for a much-anticipated revenge. King-size hail strewn
over the town…*" (preface) and (pgs. 1 – 13). Collectively, the defendants created their
character after reading my book.

17. In my novel, December's Eve – The Novel by Renzie, Ms. Evelynn tries to frighten by
telling him that the "Boogie Man" will get him and eat him if he wanders off into the woods
and "*He'll take you away and put you in a pot and cook you!*" (pg. 36 – 37). In similarity
to my book, in the Raising Dion Netflix Television Series, Dion's mom, Nicole, tells him
if he uses his powers, the "bad man" will get him.

18. In my novel, Ignis hear voices that calm him down when he is frightened (p. 37). In
similarity to my book, in the Raising Dion Netflix Television Series, Dion also hears voices
that calm him down when he is frightened – the voice of his deceased father.

19. Below are the 2, direct scenes which were ripped, directly, from my registered, original
literary work, December's Eve – The Novel by Renzie (aka Renzie Wilson Price), which
was published in 2010, that the named Defendants copied, directly, from my book:

\*\*"Teleki stared at Cat as she sat down in Mr. Adam's easy recliner, and she began to levitate
from the chair." "Ah!" She screamed as she was suspended in thin air. "Put me down! I mean it!
Put me down!" (p. 149). In similarity, in the Raising Dion Netflix Television Series, the title
character, Dion, takes his disabled friend, Esperanza, into an empty classroom where he looks at
her and she begins to levitate from her wheelchair to the ceiling. She looks at him as she is
suspended in mid-air and yells, "Put me down! Put me down! Put me down!" This was blatantly
and knowingly copied from my book.

Netflix has even provided a YouTube link to the Dion/Esperanza levitation scene:
https://www.youtu.be/aV6moowos.

20. \*\*In my novel, on page 33, I wrote, "Vartis and Teleki witness a small ball of fire fall from
Ignis' hand and hit the ground as he is made upset during their initial meeting and
conversation." In similarity to my novel, in the Raising Dion Netflix Television Series'
basement scene, the title character (Dion) also produces a small ball of fire in his hands
and it (the fireball) also falls to the floor hitting the ground.

Dennis Liu read my novel, December's Eve – The Novel by Renzie and he copied several elements from it and created a comic book and produced a short film entitled Raising Dion in 2015. In 2017, he then, sold his works to Michael B. Jordan and Outlier Society Production Company, Charles D. King and MACRO Media LLC, Carol Barbee, Kim Roth, Poppy Hanks, and Kenny Goodman. In October 2017, these Executive Producers then consulted with Netflix Inc., whereas a mutual production transmission agreement was signed by the parties involving the infringed material. On October 5, 2017, Netflix Inc. ordered the television series and their Raising Dion Netflix Television Series aired in October 2019. It has been viewed by more than 88 million people worldwide in 140 countries. The above-mentioned defendants, each, reaped a very handsome profit and royalties from their roles in the willful infringement of my registered, original, literary work – December's Eve – The Novel by Renzie.

December's Eve – The Novel by Renzie is not a perfect work, but it is an original, creative, literary work of art and it is my first and only published novel. To have it ripped from me without my prior approval has devastated me. It is also more inconceivable than not, that a person of Asian descent would be capable of creating a fantasy fiction story based on Black (main) characters - as opposed - to creating major characters of their own race.. Anyone with common sense would conclude the same.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

 I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.  I have filed a copy of this Amended Complaint For Copyright Infringement via the U.S. District Court EDSS and to the Attorneys for Defendants by email on July 12, 2022.


Date of signing:  July 12, 2022.          Pro Se Plaintiff, Renzie Wilson Price

*Renzie Wilson-Price*

Signature:
106 8th Street, Unit A
Madison, Alabama 35756
Phone:  256 975 – 4022

Mastereducatorofcosmetology@gmail.com