|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |
| 11  |
| 12  |
| 13  |
| 14  |
| 15  |
| 16  |
| 17  |
| 18  |
| 19  |
| 20  |
| 21  |
| 22  |
| 23  |
| 24  |
| 25  |
| 26  |
| 27  |
| 28  |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RENZIE WILSON PRICE, | No. 2:22-cv-04568-JAK-PD |
| --- | --- |
| Plaintiff, | **JUDGMENT** |
| v. | **[JS6: CASE TERMINATED]** |
| NETFLIX INC., et al., | |
| Defendants. | |

Pursuant to the September 25, 2025 Order re: Defendants' Motion to Dismiss, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the First Amended Complaint filed on July 12, 2022 (the "FAC") by Renzie Wilson Price ("Plaintiff").

2. Defendants Netflix, Inc., Dennis Liu, Jason Piperberg, Michael B. Jordan, Charles D. King, Carol Barbee, Kim Roth, Poppy Hanks, Kenny Goodman, Outlier Society LLC, and MACRO Media LLC (collectively, "Defendants") have **JUDGMENT** entered in their favor and against Plaintiff.

3. Plaintiff shall take nothing by way of the FAC.

4. The action is **DISMISSED WITH PREJUDICE**.

5. Defendants may seek post-judgment remedies as provided in Fed. R. Civ. P. 54(d) and Local Rule 54. Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Date: October 17, 2025

_____
John A. Kronstadt
United States District Judge